IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MANUEL A. BENAVIDEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **THE CITY OF IRVING, TEXAS and** | § | |
| **HERBERT A. GEARS, THOMAS D.** | § | **CIVIL ACTION NO. 3:07 CV 1850-P** |
| **SPINK, BETH VAN DUYNE, ALLAN E.** | § | **ECF** |
| **MEAGHER, LEWIS PATRICK, ROSE** | § | |
| **CANNADAY, RICK STOPFER, SAM** | § | |
| **SMITH, and JOE PHILIPP, in their** | § | |
| **official capacities,** | § | |
| | § | |
| **Defendants.** | | |

## APPENDIX TO PLAINTIFF'S BRIEF IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.6, Plaintiff Manuel A. Benavidez files this Appendix to Plaintiff's Brief in Support of Response in Opposition to Defendants' Motion for Summary Judgment, as follows:

### TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. | Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief under the Voting Rights Act of 1965 | Pl. App. 1-11 |
| 2. | Declaration of Richard Engstrom, Ph.D. under 28 U.S.C. sec. 1746 | Pl. App. 12-13 |
| 3. | Exhibit 1: Report of Richard L. Engstrom, Ph.D. | Pl. App. 14-49 |
| 4. | Declaration of David Ely under 28 U.S.C. sec. 1746 | Pl. App. 50-54 |
| 5. | Exhibit 1: Vita of David R. Ely | Pl. App. 55-58 |
| 6. | Exhibit 2: Illustrative District Analysis by David Ely | Pl. App. 59-69 |

| | | |
|---|---|---|
| 7. | Exhibit 3: Map of Illustrative District C | Pl. App. 70-71 |
| 8. | Exhibit 4: Table re demographic characteristics of Illustrative District C | Pl. App. 72-73 |
| 9. | Exhibit 5: Maps of current or recently used legislative districts in Texas | Pl. App. 74-78 |
| 10. | Exhibit 6: Profile of General Demographic Characteristics: 2000 for Irving, Texas | Pl. App. 79-81 |
| 11. | Exhibit 7: 2005-2007 American Community Survey 3-Year Estimates for Irving, Texas | Pl. App. 82-85 |
| 12. | Declaration of Michael Veeser, Esq. | Pl. App. 86-87 |
| 13. | Exhibit 1: Plaintiff's Disclosure of Expert Testimony Pursuant to Rule 26(a)(2) | Pl. App. 88-91 |
| 14. | Exhibit 2: Analysis of Registered Voters and Illustrative Irving City Council District by David Ely | Pl. App. 92-103 |
| 15. | Exhibit 3: Analysis of Rives' and Alford's Rebuttal Reports by David Ely | Pl. App. 104-109 |
| 16. | Exhibit 4: Excerpts of City of Irving (Texas) City Charter, Article IV: Section 4 | Pl. App. 110-113 |
| 17. | Exhibit 5: Cover letter and Exhibit 6 to the City of Irving's Submission for Preclearance under Section J of the Voting Rights Act for the City of Irving, Texas | Pl. App. 114-124 |
| 18. | Exhibit 6: Excerpts of Defendants' Response to Plaintiff's First Set of Interrogatories | Pl. App. 125-129 |
| 19. | Exhibit 7: Print out of http://www.ci.irving.tx.us/elected-officials/city-council-members.html | Pl. App. 130-135 |

Respectfully submitted,

**BICKEL & BREWER STOREFRONT, P.L.L.C.**

By: /s/ *Michael Veeser*
    William A. Brewer III
    State Bar No. 2967035
    Michael L. Smith
    State Bar No. 24027989
    Michael Veeser
    State Bar No. 24042088

1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document to be served upon the following counsel of record in the above cause in accordance with the Federal Rules of Civil Procedure on this 29th day of December, 2008.

*Via Facsimile and E-mail*

C. Robert Heath
Bickerstaff Heath Delgado & Acosta LLP
816 Congress Avenue, Suite 1700
Austin, Texas  78701-2443
Facsimile: 512-320-5638

**ATTORNEY FOR DEFENDANTS**

/s/ *Michael Veeser*
Michael Veeser

**APPENDIX TO PLAINTIFF'S BRIEF IN SUPPORT OF RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**  **Page 3**
5176011.5
8001-143