# Exhibit 1

# VITA

# DAVID R. ELY

Compass Demographics, LLC
6575 N. Vista Street
San Gabriel, CA 91775
(626) 285-3074
E-mail: ely@compass-demographics.com

**Employment:**
David Ely is the manager and founder of Compass Demographics, a consulting and database management firm specializing in projects involving census and election data, redistricting projects, demographic analysis, and analysis of voting behavior. (2007 to present)

**1986 to 2007**
Director of Research for the Redistricting and Reapportionment practice of Pactech Data and Research, Pasadena, California. As Director of Research, Mr. Ely testified or consulted to counsel in a variety of litigation involving the configuration of election districts as well as providing database construction and redistricting consulting for numerous jurisdictions.

**Education:**
California Institute of Technology in Pasadena, CA with a B.S. in Social Sciences and Mechanical Engineering in 1987.

### Redistricting Consulting
Activities include database construction, demographic and voter analysis, development of districting plans, public hearings and presentation of plans, technical assistance, analysis of alternative redistricting plans.

2005   Hanford Joint Union High School District Redistricting

2003   Oakland City Council and Oakland Unified School Board Redistricting

2002   Los Angeles City Council Redistricting

2002   Los Angeles Unified School District Board Member Redistricting

2002   Pasadena, California, City Council Redistricting

2001   California Legislative Redistricting (Senate, Assembly, and Congressional)

2001   Los Angeles County Supervisorial Redistricting

2001   Bay Area Rapid Transit Board Member Districts Redistricting

1992   Rancho Mirage, California, City Council Redistricting

1992   Three Valleys Municipal Water District Redistricting

David R. Ely, Vita, page 2

**(Redistricting Consulting, cont.)**

1992  Los Angeles Unified School Board Member Redistricting

1992  Los Angeles City Council Redistricting

1992  Pasadena, California, City Council Redistricting

1991  California Congressional Redistricting

1991  California State Assembly Redistricting

1991  Los Angeles County Board of Supervisors Redistricting

1987  City of Boston, Massachusetts Redistricting

1986  Los Angeles City Council Redistricting

1987 to present, California State Legislature, Redistricting Database construction

### Litigation Analysis
Activities include database construction, demographic analysis, expert witness testimony, surname matching, geocoding of registered and actual voter lists, and construction of illustrative districting plans.

2000-2007 Provided analysis on numerous voting rights investigations

*U.S. v. City of Springfield, Massachusetts; et al.* (2006)

*U.S. v. City of Euclid* (2007), election data consultant (Ohio)

Bexar Metropolitan Water District (2007), election data analysis (Texas)

*U.S. v. State of Missouri* (2006), election data consultant

*U.S. v. City of Philadelphia and Philadelphia City Commission* (2006), Pennsylvania

*State of Georgia v. Ashcroft*, (2004) election data consultant

*Gomez v. Hanford Joint Union High School District*, (2004) California

*Sanchez v. City of Modesto*, (2004) California

*Governor Gray Davis v. Kevin Shelley*, (2003) data analysis and declaration (California)

*U.S. v. Alamosa County*, (2002) voting rights litigation (Colorado)

2002  California State Legislature Voting Rights Litigation

*U.S. v. City of Lawrence*, (2000) city council districts, technical analysis (Massachusetts)

David R. Ely, Vita, page 3

**(Litigation Analysis, cont.)**

*U.S. v. City of Santa Paula*, (2000) voting rights litigation (California)

*U.S. v. Upper San Gabriel Valley Municipal Water District*, (2000) voting rights litigation (California)

*U.S. v. Passaic* (2000) voting rights litigation (New Jersey)

*U.S. v. City of Lawrence*, (1999) voting rights litigation (Massachusetts)

*Bonilla v. Chicago City Council* (1992-1998) voting rights litigation (Illinois)

*Ruiz v. City of Santa Maria*, (1992-1998), voting rights litigation (California)

*Garza v. County of Los Angeles*, (1988-90), Constructed databases and designed remedial plans for Los Angeles County Supervisorial Districts

David Ely
7/9/2008