# Exhibit 3

Pl. App. 70



Exhibit 3