# Exhibit 4

Pl. App. 72

Pl. App. 73

# EXHIBIT 4

|  | City of Irving | | Illustrative District C | |
|---|---|---|---|---|
| 2000 Population | 191611 | | 23956 | |
| 2000 Hispanic Population | 59932 | 31.28% | 16855 | 70.36% |
| 2000 VAP | 143489 | | 15793 | |
| 2000 Hispanic VAP | 39071 | 27.23% | 10578 | 66.98% |
| 2000 CVAP | 108654 | | 8373 | |
| 2000 Hispanic CVAP | 16206 | 14.92% | 3558 | 42.49% |
| 2000 CU18 | 42523 | | 6482 | |
| 2000 Hispanic CU18 | 16878 | 39.69% | 4965 | 76.59% |
| | | | 1517 | |
| 2008 Registered Voters | 85953 | | 5027 | |
| 2008 Span. Surname Regist. Voters | 13340 | 15.52% | 1896 | 37.72% |
| 2006 CVAP | 102026 | | 8843 | |
| 2006 Hispanic CVAP | 21074 | 20.66% | 4626 | 52.32% |
| 2008 CVAP | 100449 | | 9084 | |
| 2008 Hispanic CVAP | 23002 | 22.55% | 5050 | 55.59% |