# Exhibit 5

Pl. App. 74



**107th Congressional District 6**



**Texas House Districts**

Pl. App. 76



**Texas Senate Districts**



**Districts of the 110th Congress**