# Exhibit 6

Pl. App. 79

**U.S. Census Bureau**
**American FactFinder**

DP-1. Profile of General Demographic Characteristics: 2000
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: **Irving city, Texas**

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Subject | Number | Percent |
|---|---|---|
| **Total population** | 191,615 | 100.0 |
| **SEX AND AGE** | | |
| Male | 97,687 | 51.0 |
| Female | 93,928 | 49.0 |
| | | |
| Under 5 years | 15,549 | 8.1 |
| 5 to 9 years | 13,700 | 7.1 |
| 10 to 14 years | 11,939 | 6.2 |
| 15 to 19 years | 12,396 | 6.5 |
| 20 to 24 years | 17,491 | 9.1 |
| 25 to 34 years | 43,619 | 22.8 |
| 35 to 44 years | 31,912 | 16.7 |
| 45 to 54 years | 20,770 | 10.8 |
| 55 to 59 years | 7,318 | 3.8 |
| 60 to 64 years | 5,224 | 2.7 |
| 65 to 74 years | 7,027 | 3.7 |
| 75 to 84 years | 3,626 | 1.9 |
| 85 years and over | 1,044 | 0.5 |
| | | |
| Median age (years) | 30.3 | (X) |
| | | |
| 18 years and over | 143,397 | 74.8 |
| Male | 72,738 | 38.0 |
| Female | 70,659 | 36.9 |
| 21 years and over | 135,115 | 70.5 |
| 62 years and over | 14,642 | 7.6 |
| 65 years and over | 11,697 | 6.1 |
| Male | 4,840 | 2.5 |
| Female | 6,857 | 3.6 |
| | | |
| **RACE** | | |
| One race | 185,486 | 96.8 |
| White | 123,019 | 64.2 |
| Black or African American | 19,583 | 10.2 |
| American Indian and Alaska Native | 1,244 | 0.6 |
| Asian | 15,784 | 8.2 |
| Asian Indian | 6,268 | 3.3 |
| Chinese | 1,591 | 0.8 |
| Filipino | 705 | 0.4 |
| Japanese | 598 | 0.3 |
| Korean | 2,554 | 1.3 |
| Vietnamese | 1,771 | 0.9 |
| Other Asian [1] | 2,297 | 1.2 |
| Native Hawaiian and Other Pacific Islander | 248 | 0.1 |
| Native Hawaiian | 48 | 0.0 |
| Guamanian or Chamorro | 30 | 0.0 |
| Samoan | 34 | 0.0 |
| Other Pacific Islander [2] | 136 | 0.1 |
| Some other race | 25,608 | 13.4 |
| Two or more races | 6,129 | 3.2 |
| | | |
| **Race alone or in combination with one or more other races [3]** | | |
| White | 127,950 | 66.8 |
| Black or African American | 20,747 | 10.8 |
| American Indian and Alaska Native | 2,229 | 1.2 |
| Asian | 17,139 | 8.9 |

Pl. App. 80

| Subject | Number | Percent |
|---|---|---|
| Native Hawaiian and Other Pacific Islander | 428 | 0.2 |
| Some other race | 29,534 | 15.4 |
| **HISPANIC OR LATINO AND RACE** | | |
|   Total population | 191,615 | 100.0 |
| Hispanic or Latino (of any race) | 59,838 | 31.2 |
|   Mexican | 42,318 | 22.1 |
|   Puerto Rican | 679 | 0.4 |
|   Cuban | 272 | 0.1 |
|   Other Hispanic or Latino | 16,569 | 8.6 |
| Not Hispanic or Latino | 131,777 | 68.8 |
|   White alone | 92,445 | 48.2 |
| **RELATIONSHIP** | | |
|   Total population | 191,615 | 100.0 |
| In households | 190,542 | 99.4 |
|   Householder | 76,241 | 39.8 |
|   Spouse | 33,613 | 17.5 |
|   Child | 52,703 | 27.5 |
|     Own child under 18 years | 42,925 | 22.4 |
|   Other relatives | 14,647 | 7.6 |
|     Under 18 years | 4,282 | 2.2 |
|   Nonrelatives | 13,338 | 7.0 |
|     Unmarried partner | 4,156 | 2.2 |
| In group quarters | 1,073 | 0.6 |
|   Institutionalized population | 468 | 0.2 |
|   Noninstitutionalized population | 605 | 0.3 |
| **HOUSEHOLDS BY TYPE** | | |
|   Total households | 76,241 | 100.0 |
| Family households (families) | 46,168 | 60.6 |
|   With own children under 18 years | 23,841 | 31.3 |
|   Married-couple family | 33,613 | 44.1 |
|     With own children under 18 years | 16,649 | 21.8 |
|   Female householder, no husband present | 8,527 | 11.2 |
|     With own children under 18 years | 5,400 | 7.1 |
| Nonfamily households | 30,073 | 39.4 |
|   Householder living alone | 23,845 | 31.3 |
|     Householder 65 years and over | 2,863 | 3.8 |
| Households with individuals under 18 years | 26,236 | 34.4 |
| Households with individuals 65 years and over | 8,582 | 11.3 |
| Average household size | 2.50 | (X) |
| Average family size | 3.19 | (X) |
| **HOUSING OCCUPANCY** | | |
|   Total housing units | 80,293 | 100.0 |
| Occupied housing units | 76,241 | 95.0 |
| Vacant housing units | 4,052 | 5.0 |
|   For seasonal, recreational, or occasional use | 444 | 0.6 |
| Homeowner vacancy rate (percent) | 1.1 | (X) |
| Rental vacancy rate (percent) | 5.2 | (X) |
| **HOUSING TENURE** | | |
|   Occupied housing units | 76,241 | 100.0 |
| Owner-occupied housing units | 28,396 | 37.2 |
| Renter-occupied housing units | 47,845 | 62.8 |
| Average household size of owner-occupied unit | 2.76 | (X) |
| Average household size of renter-occupied unit | 2.35 | (X) |

(X) Not applicable
[1] Other Asian alone, or two or more Asian categories.
[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.
[3] In combination with one or more other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.
Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P1, P3, P4, P8, P9, P12, P13, P,17, P18, P19, P20, P23, P27, P28, P33, PCT5, PCT8, PCT11, PCT15, H1, H3, H4, H5, H11, and H12.

Pl. App. 81