# Exhibit 7

Pl. App. 82

# U.S. Census Bureau
## American FactFinder



**Irving city, Texas**
**ACS Demographic and Housing Estimates: 2005-2007**
Data Set: **2005-2007 American Community Survey 3-Year Estimates**
Survey: **American Community Survey**

NOTE. Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For more information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.

| ACS Demographic and Housing Estimates | Estimate | Margin of Error | Percent | Margin of Error |
|---|---|---|---|---|
| **SEX AND AGE** | | | | |
| Total population | 212,786 | +/-4,785 | 100% | (X) |
| Male | 108,668 | +/-3,620 | 51.1% | +/-1.1 |
| Female | 104,118 | +/-3,195 | 48.9% | +/-1.1 |
| | | | | |
| Under 5 years | 17,894 | +/-1,730 | 8.4% | +/-0.7 |
| 5 to 9 years | 15,506 | +/-1,394 | 7.3% | +/-0.6 |
| 10 to 14 years | 14,151 | +/-1,486 | 6.7% | +/-0.7 |
| 15 to 19 years | 14,482 | +/-1,377 | 6.8% | +/-0.6 |
| 20 to 24 years | 16,954 | +/-1,397 | 8.0% | +/-0.6 |
| 25 to 34 years | 43,571 | +/-2,679 | 20.5% | +/-1.1 |
| 35 to 44 years | 33,492 | +/-1,815 | 15.7% | +/-0.9 |
| 45 to 54 years | 27,209 | +/-1,317 | 12.8% | +/-0.6 |
| 55 to 59 years | 8,278 | +/-800 | 3.9% | +/-0.4 |
| 60 to 64 years | 7,102 | +/-829 | 3.3% | +/-0.4 |
| 65 to 74 years | 7,877 | +/-656 | 3.7% | +/-0.3 |
| 75 to 84 years | 4,571 | +/-581 | 2.1% | +/-0.3 |
| 85 years and over | 1,699 | +/-458 | 0.8% | +/-0.2 |
| | | | | |
| Median age (years) | 31.5 | +/-0.4 | (X) | (X) |
| | | | | |
| 18 years and over | 156,141 | +/-3,051 | 73.4% | +/-1.0 |
| 21 years and over | 147,471 | +/-2,986 | 69.3% | +/-1.0 |
| 62 years and over | 17,875 | +/-1,116 | 8.4% | +/-0.5 |
| 65 years and over | 14,147 | +/-908 | 6.6% | +/-0.4 |
| | | | | |
| 18 years and over | 156,141 | +/-3,051 | 100% | (X) |
| Male | 81,216 | +/-2,709 | 38.2% | +/-1.0 |
| Female | 74,925 | +/-1,639 | 35.2% | +/-0.8 |
| | | | | |
| 65 years and over | 14,147 | +/-908 | 100% | (X) |
| Male | 6,030 | +/-589 | 2.8% | +/-0.3 |
| Female | 8,117 | +/-570 | 3.8% | +/-0.3 |
| | | | | |
| **RACE** | | | | |
| Total population | 212,786 | +/-4,785 | 100% | (X) |
| One race | 209,004 | +/-4,681 | 100% | (X) |
| Two or more races | 3,782 | +/-811 | 100% | (X) |
| | | | | |
| One race | 209,004 | +/-4,681 | 98.2% | +/-0.4 |
| White | 137,148 | +/-4,597 | 65.6% | +/-1.7 |
| Black or African American | 25,102 | +/-2,375 | 12.0% | +/-1.1 |
| American Indian and Alaska Native | 1,203 | +/-535 | 0.6% | +/-0.3 |
| Cherokee tribal grouping | N | N | N | N |
| Chippewa tribal grouping | N | N | N | N |

Pl. App. 83

| ACS Demographic and Housing Estimates | Estimate | Margin of Error | Percent | Margin of Error |
|---|---|---|---|---|
| Navajo tribal grouping | N | N | N | N |
| Sioux tribal grouping | N | N | N | N |
| Asian | 22,553 | +/-2,027 | 10.8% | +/-0.9 |
| Asian Indian | 9,899 | +/-1,409 | 43.9% | +/-5.0 |
| Chinese | 2,025 | +/-809 | 9.0% | +/-3.6 |
| Filipino | 1,264 | +/-656 | 5.6% | +/-2.9 |
| Japanese | 439 | +/-265 | 1.9% | +/-1.2 |
| Korean | 3,364 | +/-954 | 14.9% | +/-4.2 |
| Vietnamese | 2,273 | +/-1,153 | 10.1% | +/-4.9 |
| Other Asian | 3,289 | +/-905 | 14.6% | +/-3.7 |
| Native Hawaiian and Other Pacific Islander | 237 | +/-373 | 0.1% | +/-0.2 |
| Native Hawaiian | N | N | N | N |
| Guamanian or Chamorro | N | N | N | N |
| Samoan | N | N | N | N |
| Other Pacific Islander | N | N | N | N |
| Some other race | 22,761 | +/-2,826 | 10.9% | +/-1.3 |
| Two or more races | 3,782 | +/-811 | 1.8% | +/-0.4 |
| White and Black or African American | 792 | +/-461 | 20.9% | +/-10.6 |
| White and American Indian and Alaska Native | 587 | +/-309 | 15.5% | +/-8.0 |
| White and Asian | 680 | +/-357 | 18.0% | +/-8.4 |
| Black or African American and American Indian and Alaska Native | 248 | +/-151 | 6.6% | +/-3.9 |
| *Race alone or in combination with one or more other races* | | | | |
| **Total population** | 212,786 | +/-4,785 | 100% | (X) |
| White | 140,608 | +/-4,593 | 66.1% | +/-1.7 |
| Black or African American | 26,475 | +/-2,578 | 12.4% | +/-1.2 |
| American Indian and Alaska Native | 2,299 | +/-651 | 1.1% | +/-0.3 |
| Asian | 23,298 | +/-2,061 | 10.9% | +/-0.9 |
| Native Hawaiian and Other Pacific Islander | N | N | N | N |
| Some other race | 23,940 | +/-2,915 | 11.3% | +/-1.3 |
| **HISPANIC OR LATINO AND RACE** | | | | |
| Total population | 212,786 | +/-4,785 | 100% | (X) |
| Hispanic or Latino (of any race) | 86,407 | +/-4,169 | 40.6% | +/-1.5 |
| Mexican | 62,732 | +/-4,231 | 29.5% | +/-1.7 |
| Puerto Rican | 810 | +/-406 | 0.4% | +/-0.2 |
| Cuban | 290 | +/-151 | 0.1% | +/-0.1 |
| Other Hispanic or Latino | 22,575 | +/-2,923 | 10.6% | +/-1.3 |
| Not Hispanic or Latino | 126,379 | +/-3,565 | 59.4% | +/-1.5 |
| White alone | 75,653 | +/-2,507 | 35.6% | +/-1.3 |
| Black or African American alone | 24,550 | +/-2,398 | 11.5% | +/-1.1 |
| American Indian and Alaska Native alone | 589 | +/-291 | 0.3% | +/-0.1 |
| Asian alone | 22,224 | +/-1,975 | 10.4% | +/-0.9 |
| Native Hawaiian and Other Pacific Islander alone | 237 | +/-373 | 0.1% | +/-0.2 |
| Some other race alone | 755 | +/-382 | 0.4% | +/-0.2 |
| Two or more races | 2,371 | +/-674 | 1.1% | +/-0.3 |
| Two races including Some other race | 80 | +/-66 | 0.0% | +/-0.1 |
| Two races excluding Some other race, and Three or more races | 2,291 | +/-661 | 1.1% | +/-0.3 |
| **Total housing units** | 86,247 | +/-740 | 100% | (X) |

Source: U.S. Census Bureau, 2005-2007 American Community Survey

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

Notes:
·For more information on understanding race and Hispanic origin data, please see the Census 2000 Brief entitled, Overview of Race and Hispanic Origin, issued March 2001. (pdf format)
·While the 2007 American Community Survey (ACS) data generally reflect the December 2006 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities. The 2007 Puerto Rico Community Survey (PRCS) data generally reflect the December 2005 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in PRCS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.
·Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2000 data. Boundaries for urban areas have not been updated since Census 2000. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Explanation of Symbols:

Pl. App. 84

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '******' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

The letters PDF or symbol indicate a document is in the Portable Document Format (PDF). To view the file you will need the Adobe® Acrobat® Reader, which is available for free from the Adobe web site.

Pl. App. 85