IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL A. BENAVIDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE CITY OF IRVING, TEXAS and | § | |
| HERBERT A. GEARS, THOMAS D. | § | CIVIL ACTION NO. 3:07 CV 1850-P |
| SPINK, BETH VAN DUYNE, ALLAN E. | § | |
| MEAGHER, LEWIS PATRICK, ROSE | § | |
| CANNADAY, RICK STOPFER, SAM | § | |
| SMITH, and JOE PHILIPP, in their | § | |
| official capacities, | § | |
| | § | |
| Defendants. | § | |

STATE OF TEXAS            )
                          )
COUNTY OF DALLAS    )

### DECLARATION OF MICHAEL VEESER, ESQ.

BEFORE ME, the undersigned authority, on this day personally appeared Michael Veeser, who under oath stated as follows:

1.  My name is Michael Veeser. I am over eighteen (18) years of age and am fully competent to make this affidavit. The facts set forth herein are true and correct and, unless otherwise qualified, are within my personal knowledge.

2.  I am an attorney with the law firm of Bickel & Brewer, counsel for Manuel A. Benavidez ("Plaintiff"). I receive and review the correspondence and submissions concerning this action.

3.  Attached hereto as Exhibit 1 is a true and correct copy of Disclosure of Expert Testimony Pursuant to Rule 26(a)(2), served July 9, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of Analysis of Registered Voters and Illustrative Irving City Council District, dated July 7, 2008.

5. Attached hereto as Exhibit 3 is a true and correct copy of Analysis of Rives' and Alford's Rebuttal Reports, dated September 8, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of a printout from the City of Irving's website of excerpts of the City of Irving (Texas) City Charter.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the City of Irving's Submission for Preclearance under Section J of the Voting Rights Act or the City of Irving, Texas, dated December 15, 2006.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Defendants' Response to Plaintiff's First Set of Interrogatories, served October 6, 2008.

9. Attached hereto as Exhibit 7 is a true and correct copy of a printout from the City of Irving's website of a list of the current council members for the City of Irving.

This concludes my declaration.

_____
Michael Veeser

SUBSCRIBED AND SWORN TO before me the undersigned authority this 29th day of December, 2008, to certify which witness my hand and seal of office.


STACEY SLAUGHTER
Notary Public, State of Texas
My Commission Expires
May 31, 2011

_____
Notary Public in and for the State of Texas

**DECLARATION OF MICHAEL VEESER, ESQ.**   Page 2

5176245.1
8001-143

Pl. App. 87