# Exhibit 6

Pl. App. 125

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL A. BENAVIDEZ, | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| V. | § | |
| | § | |
| THE CITY OF IRVING, TEXAS and | § | CIVIL ACTION NO. 3:07-CV-1850-P |
| HERBERT A. GEARS, THOMAS D. | § | |
| SPINK, BETH VAN DUYNE, ALLAN E. | § | |
| MEAGHER, LEWIS PATRICK, ROSE | § | |
| CANNADAY, RICK STOPFER, SAM | § | |
| SMITH, and JOE PHILIPP, in their | § | |
| official capacities, | § | |
| | § | |
| **Defendants** | § | |

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:   Plaintiff, Manuel A. Benavidez, by and through his attorneys of record, William A.
Brewer III, Michael L. Smith and Michael Veeser, Bickel & Brewer Storefront, P.L.L.C.,
1717 Main Street, Suite 4800, Dallas, Texas 75201

Pursuant to Rule 33, FED. R. CIV. P., Defendants make this response to Plaintiff's First

Set of Interrogatories.

**Interrogatory No. 1:**

Identify and describe the role of all persons retained by, employed by, appointed by, or
elected to positions with the City, who were involved with the activities of the Charter Review
Committee in connection with any consideration of possible changes to the system by which
Irving conducts elections for its City Council.

**ANSWER:**

Persons appointed to the Charter Review Committee were Dave Arden, Sharon Barbosa-
Crain, Elena Blake, Randy Boatright, Pam Brown, Rose Cannaday, Frank Cannon, Bill Daly,
Will DeBerry, J. Ralph Ellis, Lori Davis, Ike Guest, Cesar Moncada, Mary Oberlin, Bob Power,
Margie Stipes, Chris Wallace, and Rob Ward.

1

**ANSWER:**

The answer to this interrogatory is found in the resolution creating the committee and appointing its members. *See* Fed. R. Civ. P. 33(d).

**Interrogatory No. 13:**

Name each and every prevailing Hispanic candidate in a race for City Council or Mayor of Irving in the last twenty (20) years, and state his or her opponent(s) the voting group (by race), and the percentage of votes that those voting groups constituted.

**ANSWER:**

James Dickens, who is Hispanic, was elected in 1999, 2001, and 2004. The names of the opponents are set out on the list provided in response to Interrogatory No. 5. The request to state "the voting group (by race), and the percentage of votes that those voting groups represented" is not clear. To the extent that the request is for an indication of the percentage of votes cast in an election were cast by members of various racial groups, that information is not available. It may be possible to estimate the percentages by statistical analysis, but the city does not have estimates for those elections.

**Interrogatory No. 14:**

Describe the process by which the "Minority Representatives" designated in Exhibit 18 to the Submission for Preclearance dated December 15, 2006, were selected.

**ANSWER:**

The city secretary provided a list of minority citizens who were active in and knowledgeable of municipal affairs.

**Interrogatory No. 15:**

State when the Electoral System was first adopted and describe the process by which it was adopted.

**ANSWER:**

The current system of residential council districts was created by charter amendment in 1968.

Pl. App. 127

## VERIFICATION

THE STATE OF TEXAS     §

                                       §

COUNTY OF DALLAS     §

       Janice Carroll, being duly sworn, upon her oath deposes and says:

       1.       I am the city secretary of the City of Irving, Texas, a municipal corporation, a defendant in the above-entitled action, and I am the agent of the city for the purpose of answering the interrogatories served upon the city by plaintiffs on September 3, 2008 and for making this verification.

       2.       I have read the interrogatories, and the foregoing answers to them are true according to the best of my knowledge, information and belief.



_____
JANICE CARROLL

Subscribed and sworn to before me this October 6 _____, 2008.

JENNIFER DWYER
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
JUNE 21, 2011

_____
Notary Public, State of Texas

8

Respectfully submitted,

CHARLES R. ANDERSON
City Attorney
State Bar No. 01170500
CITY OF IRVING, TEXAS
825 W. Irving Boulevard
Irving, Texas 75060
Telephone:  972-721-2541
Facsimile:  972-721-2750

BICKERSTAFF HEATH
DELGADO ACOSTA LLP
816 Congress Avenue, Suite 1700
Austin, Texas  78701-2443
Telephone: (512) 472-8021
Facsimile:  (512) 320-5638

By: _____

C. ROBERT HEATH
State Bar No. 09347500

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following via hand-delivery on this the _6th_ day of ___October___, 2008 as follows:

Michael Veeser
William A. Brewer III
Michael L. Smith
1717 Main Street, Suite 4800
Dallas, Texas 75201

_____
C. ROBERT HEATH

WP51\Irving\Benavidez\Response to 1st interrogs.doc

9

Pl. App. 129